**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.                                  CASE NO: 8:05-cv-1937-T-26TGW

JAMES LAMAR MCMICHAEL and
NANCY A. MCMICHAEL,

    Defendants.
_____/

## **O R D E R**

Defendants have failed to file a response to Plaintiff's complaint on or before May 1, 2006, as directed in this Court's endorsed order of January 4, 2006. Accordingly, it is ordered and adjudged as follows:

1) Defendants shall file a response to Plaintiff's complaint on or before May 15, 2006, failing which Plaintiff shall proceed to obtain a clerk's default and a default final judgment within 30 days of May 15, 2006.

2) The Clerk is directed to send a copy of this order to the Defendants at their address of 15738 Acorn Circle, Tavares, Florida 32778-9783.

**DONE AND ORDERED** at Tampa, Florida, on May 2, 2006.

                                        s/*Richard A. Lazzara*
                                        **RICHARD A. LAZZARA**
                                        **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record and Defendants, pro se